TIMOTHY P. CREECH, ESQ.
Direct Dial: 215.575.7618
Timothy@CreechandCreech.com

LAETITIA B. CREECH, ESQ.
Direct Dial: 215.575.7622
LCreech@CreechandCreech.com

CREECH & CREECH LLC
1835 MARKET STREET, SUITE 2710
PHILADELPHIA, PENNSYLVANIA 19103
TEL: 215.575.7611 • FAX: 215.575.7688

www.CreechandCreech.com
Admitted to Practice in: PA, NJ & NY

May 26, 2026

***Via* email:** judge_hodge_chambers@paed.uscourts.gov

Honorable Kelley B. Hodge
United States District Judge
601 Market St., Room 15614
Philadelphia, PA 19106

**RE : Nesmith v. Phila. & Sabatina, Register of Wills**
**E.D. PA No: 2:25-cv-05402**

**Corimes v. Phila & Sabatina, Register of Wills**
**E.D. PA No: 2:25-cv-06022**

Dear Judge Hodge:

Pursuant to the February 12, 2026 Scheduling Order, ¶6, the parties have conferred and agree that these matters are appropriate for a settlement conference before Judge Diamond.

Respectfully,

CREECH & CREECH LLC

*/s/ Timothy P. Creech*
TIMOTHY P. CREECH

Cc: Alexander M. Owens, Esq. (*via email* amo@pietragallo.com)