

# CREECH & CREECH LLC



TIMOTHY P. CREECH, ESQ.
Direct Dial: 215.575.7618
timothy@creechandcreech.com

LAETITIA B. CREECH, ESQ.
Direct Dial: 215.575.7622
lcreech@creechandcreech.com

1835 MARKET STREET, SUITE 2710
PHILADELPHIA, PENNSYLVANIA 19103
TEL: 215.575.7611 • FAX: 215.575.7688

www.CreechandCreech.com
Admitted to Practice in: PA, NJ & NY

June 25, 2026

*Via* **Email:**  judge_hodge_chambers@paed.uscourts.gov;
chambers_of_judge_paul_s_diamond@paed.uscourts.gov

Honorable Kelley B. Hodge
United States District Judge
601 Market St., Room 15614
Philadelphia, PA 19106

Honorable Paul S. Diamond
United States District Judge
601 Market St., Room 14614
Philadelphia, PA 19106

> **RE :   Nesmith v. Phila. & Sabatina, Register of Wills**
> **E.D. PA No: 2:25-cv-05402**
>
> **Lowery-Brown v. Phila. & Sabatina, Register of Wills**
> **E.D. PA No: 2:25-cv-06021-KBH**
>
> **Corimes v. Phila & Sabatina, Register of Wills**
> **E.D. PA No: 2:25-cv-06022-KBH**

Dear Judge Hodge and Judge Diamond:

After careful consideration, Plaintiffs respectfully request that the orders referring these cases to settlement conference before Judge Diamond be vacated.[1] Plaintiffs respectfully request an opportunity to consider whether settlement conferences would be productive after depositions.

However, following the unsuccessful settlement conference held on June 18, 2026, Plaintiffs have each concluded that the differences between their positions and Defendants' cannot be bridged based on this record. At a minimum, the depositions of Defendant Sabatina and his chief of staff must take place.

The undersigned counsel respectfully submits the remaining discovery can be completed within two months of the current discovery cutoff, *i.e.*, October 10, 2026. There is substantial discovery, including a subpoena for records from a third-party witness; the aforementioned depositions of defense witnesses; and the depositions of Plaintiffs Nesmith, Lowery-Brown and Corimes.

Respectfully,

CREECH & CREECH LLC

TIMOTHY P. CREECH

Cc:   Gaetan J. Alfano, Esq. (*via* email: gja@peitragallo.com)
Alexander M. Owens, Esq. (*via* email: amo@pietragallo.com)

---

[1] *Nesmith* took place on June 18, 2026 and was to be reconvened; *Corimes* is currently scheduled for July 1, 2026; *Lowery-Brown* was referred but no date has been set.